PAULA D'ARCY, ADMINISTRATRIX (ESTATES OF ROY
T. D'ARCY AND SARAH E. D'ARCY) *v.* JAMES F.
SHUGRUE, COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 12, is dismissed.

*Richard A. Bieder,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 24, 1985

CLAIRE D. FRIEDLANDER *v.* HENRY Z. FRIEDLANDER

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 1, is denied.

*Henry Z. Friedlander,* pro se, in support of the petition.

*Saul Kwartin,* in opposition.

Decided September 24, 1985

IN RE INVESTIGATION OF THE GRAND JUROR INTO
COVE MANOR CONVALESCENT CENTER, INC.

The petition of the defendant Department of Health Services for certification for appeal from the Appellate Court, 4 Conn. App. 544, is granted.

*Joseph I. Lieberman,* attorney general, and *Richard B. Lynch,* assistant attorney general, in support of the petition.

*Louis B. Todisco,* in opposition.

Decided September 24, 1985